# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-2471

_____

Kelly Rottinghaus, Administratrix of the Estate of Darryl Vance Parker, Deceased

*Plaintiff - Appellant*

v.

Michael Neal, Individually and in His Official Capacity as an Arkansas Game and
Fish Law Enforcement Officer

*Defendant*

Ryan Hollowell, Individually and in His Official Capacity as an Arkansas Game
and Fish Law Enforcement Officer

*Defendant - Appellee*

Jason Martin, Individually and in His Official Capacity as an Arkansas State Trooper

*Defendant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: March 12, 2015
Filed: March 13, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Kelly Rottinghaus appeals from the order of the District Court[1] granting summary judgment to the defendants in her 42 U.S.C. § 1983 action, which she filed as the administratrix of the estate of Darryl Vance Parker. After careful de novo review, see Loch v. City of Litchfield, 689 F.3d 961, 965 (8th Cir. 2012) (standard of review), we conclude that summary judgment was properly granted, see Partlow v. Stadler, 774 F.3d 497, 502–03 (8th Cir. 2014); Gladden v. Richbourg, 759 F.3d 960, 969 (8th Cir. 2014). Accordingly, we affirm the decision of the District Court.

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.